AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

2022 JUL -1 PM 2:37

mb

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* DAVID HOLMAN

was received by me on *(date)* _____

☒ I personally served the summons on the individual at *(place)* Forney P.D
_____ on *(date)* _____ , or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* Tamara Osore , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* I served this process upon _____ for this defendant at his known place of employment, the City of FORNEY Police Department located at 110 Justice Center Line, Forney, TX. 75126.

My fees are $ 150.00 for travel and $ 50.00 for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: June 29th, 2022

*Server's signature*

Jose decastro
*Printed name and title*

1258 Franklin st, Santa Monica, Ca 90404
*Server's address*

Additional information regarding attempted service, etc.