CAUSE NO. 2101672

| | |
|---|---|
| STATE OF TEXAS | IN THE MUNICIPAL COURT |
| | OF RECORD NO. 1 |
| Vs | CITY OF FORNEY |
| | KAUFMAN COUNTY, TEXAS |
| YOUNES LAFDI | |

== Judgment after Jury Verdict ==

On this the **the 12th day of August, 2022**, the Defendant in the above numbered and entitled cause appeared in person and entered a plea of not guilty and demanded a jury trial; and the jury, having heard the evidence and arguments, found the Defendant:

☒ Guilty of the offense of CHANGE LANE WHEN UNSAFE and **the jury** assessed a fine of $ 200.00.

☐ Guilty of the **offense** of CHANGE LANE WHEN UNSAFE and **the court** assessed a fine of $_____.

It is therefore **Ordered and Adjudged** by the Court that the State of Texas, for the use and benefit of the City of Forney, Texas, does have and recover from the Defendant the fine in the amount of $ 200.00, plus any and all costs required to be paid, which as of this date are $ 339.00.

☐ The Defendant having entered a plea in open court as provided by Article 27.14(a) or 27.16(a), C.C.P., and the Judge having inquired whether the defendant has sufficient resources or income to immediately pay all or part of the fine and costs, the Judge determines that the Defendant:
☐ **DOES** have sufficient resources or income to immediately pay all or part of the fine and costs.
☐ **DOES NOT** have sufficient resources or income to immediately pay all or part of the fine and costs.

☒ Having determined that the Defendant **does not** have sufficient resources or income to immediately pay all or part of the fine and costs, it is **hereby Ordered** that (check one or a combination of the following):
☐ The Defendant pay the fine and costs by _____, 20___.
☒ The Defendant pay the fine and costs at designated intervals. *(See attached Installment Agreement Order incorporated as part of this judgment.)*
☐ The Defendant discharge the fine and costs by performing community service. *(See attached Community Service Order incorporated as part of this judgment.)*
☐ (All) (Part) of the fine and costs are waived. *(See attached Waiver of Payment of Fines and Costs for Certain Defendants and for Children incorporated as part of this judgment.)*

☐ The Defendant is **hereby Ordered** to pay the fine and costs:
☐ immediately.
☐ by _____, 20___.
☒ at designated intervals. *See attached Installment Agreement Order incorporated as part of this judgment.*

☐ (If sentence in addition to payment of fine is authorized) It is further **Ordered** that the Defendant shall _____ _____ no later than _____, 20___.

☐ The Defendant is hereby **Ordered** to pay restitution in the amount of $_____ to the victim in this case. Said restitution to be paid by _____.

☒ It is further **Ordered and Adjudged** that in the event the Defendant defaults in the discharge of this judgment and is placed in jail, pursuant to Article 45.048(b) of the Code of Criminal Procedure, the Court specifies that, provided a commitment hearing is first conducted, the Defendant remain in jail a sufficient length of time to satisfy the fine and costs at the following rate:

  8  hours *(not less than eight or more than 24)* to earn.
 $150 *(minimum Dollar amount $100\*)* to satisfy the fine and costs.

_____     8/12/2022
Judge, Municipal Court of Record No. 1     Date
City of Forney, Kaufman County, Texas

THIS IS TO CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF THE INSTRUMENT FILED HEREIN

Sandra Bray
Forney Municipal Court of Record No. 1