# United States District Court
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| YOUNES LAFDI, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:22-CV-922-S-BK |
| | § | |
| DAVID HOLMAN, OFFICER SMITH, and | § | |
| CITY OF FORNEY | § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Defendants David Holman, Officer Smith, and City of Forney's 12(b)(5) Motion to Dismiss for Insufficient Process [ECF No. 10] is **GRANTED IN PART**. In the event Plaintiff fails to properly serve any Defendant within 21 days of the entry of this Order, at Defendants' re-urging, this case should be **DISMISSED WITHOUT PREJUDICE** as to the Defendant or Defendants not properly served.

**SO ORDERED**.

SIGNED March 3, 2023.

_____
UNITED STATES DISTRICT JUDGE