IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| YOUNES LAFDI | § | |
| | § | |
| | § | |
| v. | § | CASE NO. 3-22-CV-0922-S |
| | § | |
| DAVID HOLMAN, OFFICER SMITH, | § | |
| and CITY OF FORNEY | § | |

**ORDER GRANTING DEFENDANTS RENEWED 12(B)(5)**
**MOTION TO DISMISS FOR INSUFFICIENT PROCESS**

COME on to be considered Defendants Holman, Smith, and City of Forney's RENEWED MOTION TO DISMISS FOR INSUFFICIENT PROCESS AND BRIEF IN SUPPORT, and the Court having considered same finds that it has merit and should be granted.

**IT IS THEREFORE ORDERED** that Defendants Holman, Smith, and City of Forney's RENEWED MOTION TO DISMISS FOR INSUFFICIENT PROCESS AND BRIEF IN SUPPORT be and hereby is GRANTED and the Plaintiff's claims against Defendants Holman, Smith, and City of Forney, however identified, be and hereby are DISMISSED WITHOUT PREJUDICE.

SIGNED this the _____ day of _____, 2023.

_____
**U.S. DISTRICT JUDGE PRESIDING**