# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| YOUNES LAFDI, | § |
| | § |
| v. | § CIVIL ACTION NO. 3:22-CV-922-S-BK |
| | § |
| DAVID HOLMAN, OFFICER SMITH, and | § |
| CITY OF FORNEY | § |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Defendants David Holman, Officer Smith, and City of Forney's Renewed 12(b)(5) Motion to Dismiss for Insufficient Process [ECF No. 17] is **GRANTED**.

**SO ORDERED.**

SIGNED September 8, 2023.

_____
**UNITED STATES DISTRICT JUDGE**