# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| YOUNES LAFDI, | § |
| | § |
| v. | § CIVIL ACTION NO. 3:22-CV-922-S-BK |
| | § |
| DAVID HOLMAN, OFFICER SMITH, and | § |
| CITY OF FORNEY | § |

### JUDGMENT

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered, it is **ORDERED, ADJUDGED,** and **DECREED** that this case is **DISMISSED WITHOUT PREJUDICE.**

**IT IS FURTHER ORDERED** that the Clerk shall transmit a true copy of this Judgment and the order accepting the Findings, Conclusions and Recommendation of the United States Magistrate Judge, to counsel for the parties.

**SO ORDERED.**

SIGNED September 8, 2023.

_____
UNITED STATES DISTRICT JUDGE